|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |
| IN RE: | Case No. 3:17-cv-00221-LRH |
| KATHARINA NANNY BLANCATO, | ORDER |
| Debtor. | |
| TM PANKOPF, PLLC, BILLIE LINE, KATARINA BAHNSEN, | |
| Appellants, | |
| v. | |
| W. DONALD GIESEKE, MANHA FAMILY TRUST, | |
| Appellees. | |

Before the court is Appellee Manha Family Trust's Motion to Stay Appeal Briefing Schedule (ECF No. 7).

On May 15, 2017, the Bankruptcy Court filed its Certificate of Readiness with this court, where upon this court entered an order as to the briefing schedule for appeal briefs in this matter (ECF No. 6 ).

Appellee Manha Family Trust informs this court that, subsequent to Appellant TM Pankopf, PLLC having filed a Chapter 7 bankruptcy, Appellee has filed a Motion to Substitute TM Pankopf, PLLC's Bankruptcy Trustee, Christine Lovato, in as the real

1

party in interest in both the main bankruptcy case of Katharine Nanny Blancato as well as the pending adversary case. There will be a hearing before the bankruptcy court on the motion to substitute on July 13, 2017 at 10:00 a.m., and Appellee requests that this court stay the pending appeal briefing schedule until the bankruptcy court can rule upon the motion.

The court having reviewed the motion, and good cause appearing,

IT IS HEREBY ORDERED that the pending appeal briefing schedule in this matter is STAYED until the Bankruptcy Court rules upon Appellee's Motion to Substitute.

IT IS FURTHER ODERED that Appellee Manha Family Trust shall inform this court of the Bankruptcy Court's ruling and file a request that this stay be lifted.

IT IS SO ORDERED.

DATED this 27th day of June, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE