UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE<br><br>KATHARINA NANNY BLANCATO,<br><br>                       Debtor. | Case No. 3:17-cv-00221-LRH<br>BK No. 09-52203<br><br>MINUTE ORDER<br><br>September 28, 2017 |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>    REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S): <u>     NONE APPEARING     </u>

**MINUTE ORDER IN CHAMBERS**:

      Before the court is the United States Bankruptcy Court's Order Granting Relief from Automatic Stay (ECF No. 13) so that all matters related in any way to the appeal pending in the United States District court of Nevada may proceed. Good cause appearing,

      IT IS HEREBY ORDERED that the stay is this matter is LIFTED, and the briefing schedule set out in ECF No. 6 shall be re-established, starting fourteen (14) days from the entry of this order.

      IT IS SO ORDERED.

                                                                     DEBRA K. KEMPI, CLERK

                                                                       By: <u>        /s/        </u>

                                                                           Deputy Clerk